**DENTONS**

Sandra D. Hauser
Partner

sandra.hauser@dentons.com
D +1 212 768 6802

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089 USA

T +1 212 768 6700
F +1 212 768 6800

Salans FMC SNR Denton
dentons.com

September 15, 2014

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: *Ethel Austin-Spearman et al. v. AMC Network Entertainment LLC et al.*, No. 14-cv-6840 (NRB)

Dear Judge Buchwald:

This Firm was just retained by Defendants AMC Network Entertainment LLC and AMC Networks, Inc., to represent them in the above-referenced action. I am writing, with the consent of Plaintiffs' counsel, to seek the Court's approval of the parties' agreement to extend by thirty (30) days Defendants' time to move against or answer the Complaint in the above-referenced action, to and through October 23, 2014.

Plaintiffs' Complaint was filed in this Court on August 22, 2014 and was served on Defendant AMC Networks, Inc. on September 2, 2014. Pursuant to the Federal Rules, the deadline to answer or otherwise respond to the Complaint would be September 23, 2014. This Firm contacted Plaintiffs' counsel on Friday, September 12, 2014, the day we were retained, to reach agreement on a response date, and Plaintiffs have consented to this request. No previous requests for extension of this deadline have been made. The requested extension is necessary to permit Defendants to investigate Plaintiffs' allegations and to prepare their responses to the Complaint in this case.

Defendants thus respectfully request that the deadline for response be extended to and through October 23, 2014. I would be happy to answer any questions the Court may have.

Respectfully submitted,

Sandra D. Hauser

cc: Matthew Wurgaft (via ECF)
Rafey S. Balabanian (via email)
Benjamin S. Thomassen (via email)
Alicia E. Hwang (via email)
Natalie Spears (via email)