UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2014
```

ETHEL AUSTIN-SPEARMAN, individually
and on behalf of all others similarly situated,

        Plaintiff,

        14-cv-06840(NRB)

v.

AMC NETWORK ENTERTAINMENT LLC,
a New York limited liability company,
AMC NETWORKS, INC., a Delaware
corporation,

**ORDER ON MOTION FOR
ADMISSION *PRO HAC VICE***

        Defendants.

------------------------------------------------------------X

The motion of Rafey S. Balabanian for admission to practice *Pro Hac Vice* in the above captioned action is granted. Rafey S. Balabanian has declared that he is a member in good standing of the bar of the state of Illinois, and that his contact information is as follows:

Rafey S. Balabanian
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
rbalabanian@edelson.com

Rafey S. Balabanian having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff, Ethel Austin-Spearman in the above entitled action;

IT IS HEREBY ORDERED that Rafey S. Balabanian is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Entered: *October 9, 2014*

HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE