USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ETHEL AUSTIN-SPEARMAN

              Plaintiff,

-against-

AMC NETWORK ENTERTAINMENT LLC

              Defendant.

14 cv 6840 ( NRB )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of __Natalie J. Spears__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Illinois__; and that his/her contact information is as follows (please print):

Applicant's Name: __Natalie J. Spears__

Firm Name: __Dentons US LLP__

Address: __233 S Wacker Drive, Suite 7800__

City / State / Zip: __Chicago, IL 60606__

Telephone / Fax: __312.876.8000/312.876.7934__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __AMC Network Entertainment LLC__ in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: October 16, 2014

_____
United States District / ~~Magistrate~~ Judge