# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ETHEL AUSTIN-SPEARMAN, individually and on behalf of all other similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>AMC NETWORK ENTERTAINMENT LLC, a New York limited liability company, and AMC NETWORKS, INC., a Delaware corporation,<br><br>*Defendants.* | No. 1:14-cv-06840 (NRB)<br><br>ECF Case<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION TO DISMISS THE COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint, and all the pleadings and proceedings herein, defendants AMC Network Entertainment LLC and AMC Networks Inc., through their undersigned counsel, hereby move this Court before the Honorable Naomi R. Buchwald, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl St., Courtroom 21A, New York, New York 10007-1312, at a date and time as the Court may direct, for an order, pursuant to Rules 12(b)(1) and (b)(6) of the Federal Rules of Civil Procedure, dismissing the complaint in the above-referenced action with prejudice, and for other and further relief as this Court may deem just and proper.

Dated: New York, New York
October 23, 2014

Respectfully Submitted,

DENTONS US LLP

By: /s/ Sandra D. Hauser

Sandra D. Hauser
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-6802
Fax: (212) 768-6800
sandra.hauser@dentons.com

Natalie J. Spears (Admitted *Pro Hac Vice*)
Kristen C. Rodriguez (Admitted *Pro Hac Vice*)
DENTONS US LLP
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606
Tel: (312) 876-8000
Fax: (312) 876-7934
natalie.spears@dentons.com
kristen.rodriguez@dentons.com

*Counsel for Defendants AMC Network
Entertainment LLC and AMC Networks Inc.*