**Sandra D. Hauser**
Partner

sandra.hauser@dentons.com
D  +1 212 768 6802

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089 USA

T  +1 212 768 6700
F  +1 212 768 6800

**Salans FMC SNR Denton**
**dentons.com**

May 12, 2015

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:  *Ethel Austin-Spearman et al. v. AMC Network Entertainment LLC et al.*, No. 14-cv-6840

Dear Judge Buchwald:

This Firm is counsel for Defendants AMC Network Entertainment LLC and AMC Networks, Inc. in the above-referenced action.

I write to report that Plaintiff's counsel informed Defendants' counsel on Friday, May 8, 2015, that Plaintiff has chosen not to file an Amended Complaint in this case, and instead will let stand the Court's ruling on AMC's Motion to Dismiss without taking further action.

In light of the above, this case can now be dismissed by the Court with prejudice.

We appreciate the Court's attention to this matter, it was a pleasure to appear before Your Honor.

Respectfully,

/s/ Sandra D. Hauser
Sandra D. Hauser

cc:    All counsel (via ECF)